No. 12–5465.   McDonald v. Astrue, Commissioner of Social Security.   C. A. 7th Cir.   Certiorari denied.

No. 12–5466.   Nelson v. United States.   C. A. 9th Cir. Certiorari denied.

No. 12–5467.   Mastowski v. Lempke, Superintendent, Five Points Correctional Facility.   C. A. 2d Cir.   Certiorari denied.

No. 12–5468.   Jennings v. United States.   C. A. 4th Cir. Certiorari denied.

No. 12–5469.   Rozzelle v. Tucker, Secretary, Florida Department of Corrections.   C. A. 11th Cir.   Certiorari denied.

No. 12–5470.   Scarlato v. United States.   C. A. 2d Cir. Certiorari denied.

No. 12–5471.   Patterson v. Small, Warden.   C. A. 9th Cir. Certiorari denied.

No. 12–5472.   Mitchell v. Indiana.   Sup. Ct. Ind.   Certiorari denied.

No. 12–5474.   Antonetti v. Neven, Warden, et al.   C. A. 9th Cir.   Certiorari denied.

No. 12–5475.   Stewart v. Parris.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 12–5476.   Hilton v. Washington.   Ct. App. Wash.   Certiorari denied.

No. 12–5477.   Samuel v. Yenefanta.   Ct. Sp. App. Md.   Certiorari denied.

No. 12–5478.   Gonzalez v. United States.   C. A. 2d Cir. Certiorari denied.

No. 12–5480.   Hagood v. Reynolds, Warden.   C. A. 4th Cir. Certiorari denied.

No. 12–5482.   Abram v. Gerry, Warden.   C. A. 1st Cir.   Certiorari denied.